JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-10393-JC |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| STEPHEN MCKINLEY and SUSAN MCKINLEY, | |
| Defendants. | |

For the reasons stated in the separate order granting the Parties' Stipulation to Dismiss the United States' Complaint and Incorporate Settlement Agreement into the Court's Judgment ("Stipulation"), it is ADJUDGED that Plaintiff's claims are dismissed with prejudice and the Settlement Agreement attached to the Stipulation as Exhibit 1 is incorporated into and made part of this Judgment.

This Court will retain continuing jurisdiction to enforce the terms of the Settlement Agreement consistent therewith.

This is a final judgment.

Dated:  June 27, 2025                             _____/s/_____

Honorable Jacqueline Chooljian
United States Magistrate Judge